TO: Court of Criminal appeals
    P.O. Box 12308 Capitil Station
    Austin TX 78711


Att: abel Acosta
     Clerk

RE: 1986-CR-3517-W1
    WR-22,375-05

Dear Sir

In May 11, 2011 when I filed The above mentioned, 11.07, I attached a recommendation for A Capital murder CASE. Out of Medina County

Is There any way I can receive. That Copy Back. I am Indigent and That Copy was very private, So I Could not get it copied. your Help will be greatly Appreciated. in helping me get a Copy Back for parole purposes.


            Sincerly
            Paul S Gonzalez #510899
            Polunsky Unit
            3872 FM 350 S
            Livingston TX 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk